**FILED**
CLERK, U.S. DISTRICT COURT
10/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DTA\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW BENJAMIN HURLEY, <br>   aka "Matt Hurley," <br><br> Defendant. | No. 8:21-cr-00192-JVS <br><br> I N D I C T M E N T <br><br> [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about August 3, 2020, in Orange County, within the Central District of California, defendant MATTHEW BENJAMIN HURLEY, also known as "Matt Hurley," knowingly and intentionally distributed fentanyl, a

//
//
//
//
//
//

Schedule II narcotic drug controlled substance, to R.A., whose death and serious bodily injury resulted from the use of such substance.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

GINA J. KONG
Assistant United States Attorney
Santa Ana Branch Office