

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>MATTHEW BENJAMIN HURLEY,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-CR-00192 JVS<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Jauary 5, 2022__ , ____ , at __1:30__ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick__ , in Courtroom __6A__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __January 3, 2022__      __/s/ Douglas F. McCormick__
                                U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                            Page 1 of 1